Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FRANCENA D. PENCE, individually and on behalf of all others similarly situated,  Plaintiff.

vs

UNION FIDELITY MORTGAGE, INC. and DOES 1 through 10 inclusive,

Defendants.

FILED
08 JAN 15 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0089 WQH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marcus Jackson, Esq.
marcus@jacksonlitigation.com
751 Center Dr., Suite 108-456
San Marcos, CA 92069

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JAN 15 2008
DATE

By J. PARIS, Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)