Marcus J. Jackson (SBN 205792)
Attorney at Law
751 Center Dr., Suite 108-456
San Marcos, CA 92069

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Jeffrey K. Berns (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 08-CV-0089-WQH (JMAx)**<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF DAVID M. ARBOGAST, ATTORNEY FOR PLAINTIFF, FRANCENA D. PENCE** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David M. Arbogast, of the law firm of Spiro Moss Barness LLP, appears in this action as an attorney of record for Plaintiff, FRANCENA D. PENCE, and all others similarly situated. His contact information is as follows:

> David M. Arbogast (SBN 167571)
> David@SpiroMoss.com
> **SPIRO MOSS BARNESS LLP**
> 11377 W. Olympic Boulevard, Fifth Floor
> Los Angeles, CA 90064-1683
> Phone: (310) 235-2468
> Fax: (310) 235-2456

Respectfully submitted,

DATED: January 31, 2008    **SPIRO MOSS BARNESS LLP**

By: _____/S/_____
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Marcus J. Jackson (SBN 205792)
Attorney at Law
751 Center Dr., Suite 108-456
San Marcos, CA 92069

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiff and all others Similarly Situated