1 | **MARCUS J. JACKSON, ESQ** (SBN 205792)
marcus@jacksonlitigation.com
2 | 751 Center Dr., Suite 108-456
San Marcos, CA 92069
3 | Phone: (760) 291-1755; Fax: (760) 432-6109

4 | Paul R. Kiesel (SBN 119854)                     Jeffrey K. Berns (SBN 131351)
kiesel@kbla.com                                   jberns@jeffbernslaw.com
5 | Patrick DeBlase (SBN 167138)                    **LAW OFFICES OF JEFFREY K. BERNS**
deblase@kbla.com                                  19510 Ventura Boulevard, Suite 200
6 | Michael C. Eyerly (SBN 178693)                  Tarzana, California 91356
eyerly@kbla.com                                   Phone: (818) 961-2000; Fax: (818) 867-4820
7 | **KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
8 | Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

10 | Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated, ) ) ) | **CASE NO. 08-CV-0089-WQH (JMAx)** |
| Plaintiff, ) ) ) | <u>CLASS ACTION</u> |
| v. ) ) ) ) | **REQUEST FOR SUBSTITUTION OF ATTORNEYS** |
| UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10 inclusive, ) ) ) | |
| Defendants. ) ) ) ) | |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff, FRANCENA D. PENCE, requests the following

3  substitution:

4  **Former legal representative:**
Ira Spiro, Esq. **(**SBN 67641)
5  **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
6  Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7  Fax:    (310) 235-2456

8  **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9  **LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
10  Tarzana, California 91356
Phone (818) 961-2000
11  Fax:  (818) 867-4820

12  The party requesting substitution is Plaintiff, FRANCENA D. PENCE.

13  I CONSENT TO THIS SUBSTITUTION:

14

15  Dated: April 15, 2008                       */s/ Francena D. Pence*
                                              Plaintiff, FRANCENA D. PENCE
16

17  I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

18
    Dated:  April 16, 2008                     */s/ Ira Spiro*
19                                            Ira Spiro, Esq.
                                              SPIRO MOSS BARNESS LLP
20

21  I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

22
    DATED:  April 16, 2008            **LAW OFFICES OF JEFFREY K. BERNS**
23

24                                    By:    */s/ Jeffrey K. Berns*
                                              Jeffrey K. Berns
25                                            19510 Ventura Boulevard, Suite 200
                                              Tarzana, California 91356.
26                                            Phone: (818) 961-2000
                                              Fax:    (818) 867-4820
27
    / / /
28

**MARCUS J. JACKSON, ESQ.**
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff FRANCENA D. PENCE and all others Similarly Situated

### [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008          _____
                                  Hon. William Q. Hayes
                                  UNITED STATES DISTRICT JUDGE