1  **MARCUS J. JACKSON, ESQ** (SBN 205792)
   marcus@jacksonlitigation.com
2  751 Center Dr., Suite 108-456
   San Marcos, CA 92069
3  Phone: (760) 291-1755; Fax: (760) 432-6109

4  Paul R. Kiesel (SBN 119854)                   Jeffrey K. Berns (SBN 131351)
   kiesel@kbla.com                                jberns@jeffbernslaw.com
5  Patrick DeBlase (SBN 167138)                  **LAW OFFICES OF JEFFREY K. BERNS**
   deblase@kbla.com                               19510 Ventura Boulevard, Suite 200
6  Michael C. Eyerly (SBN 178693)                Tarzana, California 91356
   eyerly@kbla.com                                Phone: (818) 961-2000; Fax: (818) 867-4820
7  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
8  Beverly Hills, California 90211
   Phone: (310) 854-4444; Fax: (310) 854-0812

10 Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 08-CV-0089-WQH (JMAx)**<br><br>CLASS ACTION<br><br>**REQUEST FOR SUBSTITUTION OF ATTORNEYS** |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff, FRANCENA D. PENCE, requests the following substitution:

**Former legal representative:**
Ira Spiro, Esq. **(**SBN 67641)
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

**New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:  (818) 867-4820

The party requesting substitution is Plaintiff, FRANCENA D. PENCE.

I CONSENT TO THIS SUBSTITUTION:

Dated: April 15, 2008                  */s/ Francena D. Pence*
                                       Plaintiff, FRANCENA D. PENCE

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated:  April 16, 2008                 */s/ Ira Spiro*
                                       Ira Spiro, Esq.
                                       SPIRO MOSS BARNESS LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED:  April 16, 2008                 **LAW OFFICES OF JEFFREY K. BERNS**

                                By:    */s/ Jeffrey K. Berns*
                                       Jeffrey K. Berns
                                       19510 Ventura Boulevard, Suite 200
                                       Tarzana, California 91356.
                                       Phone: (818) 961-2000
                                       Fax:    (818) 867-4820

/ / /

**MARCUS J. JACKSON, ESQ.**
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff FRANCENA D. PENCE and all others Similarly Situated

### [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008        _____
                               Hon. William Q. Hayes
                               UNITED STATES DISTRICT JUDGE