1 | **MARCUS J. JACKSON, ESQ** (SBN 205792)
marcus@jacksonlitigation.com
2 | 751 Center Dr., Suite 108-456
San Marcos, CA 92069
3 | Phone: (760) 291-1755; Fax: (760) 432-6109

4 | Paul R. Kiesel (SBN 119854)   Jeffrey K. Berns (SBN 131351)
kiesel@kbla.com   jberns@jeffbernslaw.com
5 | Patrick DeBlase (SBN 167138)   **LAW OFFICES OF JEFFREY K. BERNS**
deblase@kbla.com   19510 Ventura Boulevard, Suite 200
6 | Michael C. Eyerly (SBN 178693)   Tarzana, California 91356
eyerly@kbla.com   Phone: (818) 961-2000; Fax: (818) 867-4820
7 | **KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
8 | Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated, ) ) ) | **CASE NO. 08-CV-0089-WQH (JMAx)** |
| Plaintiff, ) ) ) | CLASS ACTION |
| v. ) ) ) ) | **PLAINTIFF'S WITHDRAWAL OF DOCUMENT NUMBER FIVE (5)** |
| UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10 inclusive, ) ) ) | |
| Defendants. ) ) ) | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, FRANCENA D. PENCE, hereby withdraws Document Number Five (5), Plaintiff's Request for Substitution of Attorney, as filed in error.

DATED: April 16, 2008                    **LAW OFFICES OF JEFFREY K. BERNS**

By: */s/ Jeffrey K. Berns*
Jeffrey K. Berns
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:     (818) 867-4820

**MARCUS J. JACKSON, ESQ.**
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444; Fax:  (310) 854-0812

Attorneys for Plaintiff FRANCENA D. PENCE and all others Similarly Situated