**MARCUS J. JACKSON, ESQ** (SBN 205792)
marcus@jacksonlitigation.com
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION FIDELITY MORTGAGE, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO.: 08-CV-0089-WQH (JMAx)**<br><br>[*Assigned to the Hon. William Q. Hayes*]<br><br>CLASS ACTION<br><br>**NOTICE OF FIRM AND ADDRESS CHANGE**<br><br>Complaint Filed: January 15, 2008<br>Trial Date: Not set yet. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2008, David M. Arbogast, Esq. will be associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200 Tarzana, California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

DATED: April 22, 2008   **ARBOGAST & BERNS LLP**

By:   */s/ Jeffrey K. Berns*

19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

**MARCUS J. JACKSON, ESQ**
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff FRANCENA D. PENCE and all others Similarly Situated

# PROOF OF SERVICE

FRANCENA D. PENCE v. UNION FIDELITY MORTGAGE, INC., et al.
**Case No. 08-CV-0089 - WQH(JMAx)**

I am over the age of eighteen years and not a party to the within action. My business address is 19510 Ventura Blvd., Suite 200, Tarzana California 91356. I am employed at that address at the firm of Arbogast & Berns LLP. On the date set forth below I served the document(s) described as:

**NOTICE OF FIRM AND ADDRESS CHANGE**

on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows:

Randolph B. Marti, Authorized Agent for
Union Fidelity Mortgage, Inc.
7979 Ivanhoe Ave., Suite 300
La Jolla, CA 95037

[ X ] **BY MAIL**: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[ ] **BY EXPRESS MAIL** On the date set forth below I deposited such envelope(s) in an Express Mail mailbox, maintained by the U.S. Postal Service for receipt of Express Mail in Los Angeles County, California. The envelope(s) was/were deposited with Express Mail with postage thereon fully prepaid.

[ ] **BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY** On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.

[ ] **BY FACSIMILE** On the date set forth below, before 5:00 p.m., I transmitted the above document(s) from fax machine number (818) 867-4815, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The fax machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Tarzana, California on April 25, 2008.

                                   /s/ Carla Muskrath
                                   Carla Muskrath, Paralegal for
                                   David M. Arbogast, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28