**Marcus J. Jackson** (SBN 205792)
Attorney at Law
marcus@jacksonlitigation.com
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

David M. Arbogast (SBN 167571)darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorney for Plaintiff, FRANCENA D. PENCE and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 08 CV 0089 WQH (JMAx)<br><br>**EX PARTE APPLICATION TO SERVE THE CALIFORNIA SECRETRARY OF STATE AND SUPPORTING POINTS AND AUTHORITIES**<br><br>. |

TO THE HONORABLE COURT:

Plaintiff FRANCENA D. PENCE, applies ex parte for an order directing that service of summons be made on Defendant UNION FIDELITY MORTGAGE, INC., a California corporation, by personal delivery to the California Secretary of State, or to any person employed in the California

1  Secretary of State's office in the capacity of assistant or deputy secretary, one copy of the Summons
2  and Complaint in the above-entitled action, together with a copy of the Court's Order authorizing
3  such service.
4      This application is made on the ground that service of the Summons and Complaint cannot
5  be effected as provided in California Code of Civil Procedure Sections 415.10, 415.20(a), 415.30(a),
6  416.10(a)-(c) or 416.20(a).

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  THIS COURT IS EMPOWERED TO ORDER SERVICE ON THE CALIFORNIA SECRETRARY OF STATE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(h)(1)(A) AND CALIFORNIA CORPORATIONS CODE SECTION 1702.

Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure allows service on a corporation "in the manner proscribed by Rule 4(e)(1)." Rule 4(e)(1) states that service may be made by "following state law for serving summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

California Corporations Code Section 1702 states:

> "If an agent for the purpose of service of process has resigned and has not been replaced or if the agent designated cannot with reasonable diligence be found at the address designated for personally delivering the process, or if no agent has been designated, and it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent by hand in the manner provided in Section 415.10, subdivision (a) of Section 415.20 or subdivision (a) of Section 415.30 of the Code of Civil Procedure or upon the corporation in the manner provided in subdivision (a), (b) or (c) of Section 416.10 or subdivision (a) of Section 416.20 of the Code of Civil Procedure, the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State."

California Corporations Code §1702(a).

As detailed in the supporting Declaration of Marcus Jackson, Esq., Defendant is no longer located at the address listed with the California Secretary of State and furthermore Defendant cannot be located despite Plaintiff's due diligence in attempting to locate the company. *See* Declaration of Marcus Jackson, Esq. in Support of Ex Parte Application to Serve Secretary of State at ¶¶2-4. Therefore, Plaintiff's only means of effecting service is to serve the Secretary of State pursuant to California Corporations Code Section 1702. Thereafter Plaintiff will be able to obtain discovery from the Secretary of State's office concerning the identities of the officers and directors of Defendant and subpoena records from these individuals that will support Plaintiff's allegations and claim for class damages.

## II. CONCLUSION.

For all the foregoing reasons, Plaintiff respectfully requests that the Court grant her ex parte application and order service upon the California Secretary of State.

                                              MARCUS JACKSON, ESQ.

DATED: June 30, 2008    /s/ Marcus Jackson
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755
Fax: (760) 432-6109

David M. Arbogast, Esq.
Jeffrey K. Berns, Esq.
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax: (818) 867-4820

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

| | |
|---|---|
| 1 | Attorneys for Plaintiff FRANCENA D. PENCE and all others Similarly Situated |

4.
EX PARTE APPLICATION TO SERVE CALIFORNIA SECRETARY OF STATE
08 CV 0089 WQH (JMAx)