**Marcus J. Jackson** (SBN 205792)
Attorney at Law
marcus@jacksonlitigation.com
751 Center Dr., Suite 108-456
San Marcos, CA 92069
Phone: (760) 291-1755; Fax: (760) 432-6109

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

David M. Arbogast (SBN 167571)darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorney for Plaintiff, FRANCENA D. PENCE and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated;<br><br>        Plaintiff,<br><br>v.<br><br>UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10, INCLUSIVE,<br><br>        Defendants. | CASE NO.: 08 CV 0089 WQH (JMAx)<br><br>**DECLARATION OF MARCUS JACKSON, ESQ. IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO SERVE THE CALIFORNIA SECRETRARY OF STATE** |

I, Marcus Jackson, Esq., declare as follows:

1. I am one of the attorneys of record for FRANCENA D. PENCE who is the Plaintiff in the above-entitled action. I have personal knowledge of the matters contained in this declaration and, if called upon as a witness, I could and would competently testify to the matters stated herein.

1.
JACKSON DECL. RE EX PARTE APPL. TO SERVE CA. SECRETARY OF STATE
08 CV 0089 WQH (JMAx)

2. Defendant UNION FIDELITY MORTGAGE, INC. is a domestic corporation organized under the laws of the State of California with a principal place of business listed at . . .

3. Plaintiff's Class Action Complaint in this matter, alleging *inter alia* violations of the Federal Truth in Lending Act, was filed on January 15, 2008 against Defendant. Additionally, the Summons was issued for service on the above-named Defendant on January 15, 2008.

4. The designated agent for UNION FIDELITY MORTGAGE, INC. cannot with reasonable diligence be served by hand in the manner provided by California Code of Civil Procedure Sections 415.10, 415.20(a) or 415.30(a). Moreover, service cannot be made on Defendant in the manner provided for in California Code of Civil Procedure Section 416.10(a)-(c) or 416.20(a). The address for Defendant listed on the California Secretary of State website is vacant, as reflected in the Declaration of Non-Service attached hereto as Exhibit 1.

5. Moreover, further efforts of a skip tracer to locate Defendant have been unsuccessful. Attached hereto as Exhibit 2 is a true and correct copy of a declaration regarding due diligence as to Plaintiff's service efforts, including efforts to find updated information about Defendant from the Post Office, the California Professional Licensing Boards, California tax Assessor and County Recorder's Office among other entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 30th day of June, 2008 at San Diego, California.

/s/ Marcus Jackson  
MARCUS JACKSON, ESQ.

JACKSON DECL. RE EX PARTE APPL. TO SERVE CA. SECRETARY OF STATE
08 CV 0089 WQH (JMAx)

Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): DAVID MILLS ARBOGAST  SBN: 16757<br>SPIRO MOSS BARNES, LLP.<br>11377 W. OLYMPIC BLVD., FIFTH FL.  LOS ANGELES, CA 90064<br>TELEPHONE NO.: (310) 235-2468        FAX NO.: (310) 235-2456<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
|---|---|
| USDC - CENTRAL DISTRICT LOS ANGELES<br>STREET ADDRESS: 312 N. SPRING STREET, #G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793<br>BRANCH NAME: CENTRAL DISTRICT LOS ANGELES | |
| PLAINTIFF/PETITIONER: FRANCENA D. PENCE | |
| DEFENDANT/RESPONDENT: UNION FIDELITY MORTGAGE | |
| NON SERVICE REPORT | CASE NUMBER: 08CV0089 |

I received the within process on March 5, 2008 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee: **UNION FIDELITY MORTGAGE, INC.**
    Documents: **summons;complaint;Civil Case Cover Sheet; Notice of Appearance of David M. Arbogast; Notice of Appearance of Jeffrey K. Berns**

As enumerated below:

    --    7979 IVANHOE AVE., # 300
        LA JOLLA, CA 95037
UNABLE TO EFFECT SERVICE AT GIVEN BUSINESS ADDRESS. LOCATION IS VACANT WITH A NOTICE ON THE DOOR...

Fee for Service: 255.00
County: San Diego
Registration No.: 1232
**Janney and Janney Attorney Service, Inc.**
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 1, 2008** at **San Diego**, California.

Signature: _William Gager_

**NON SERVICE REPORT**

Order#: LA803041419/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address) | SBN: 16757 | FOR COURT USE ONLY |
|---|---|---|
| DAVID MILLS ARBOGAST<br>SPIRO MOSS BARNES, LLP.<br>11377 W. OLYMPIC BLVD., FIFTH FL.  LOS ANGELES, CA 90064 | | |
| TELEPHONE NO.: (310) 235-2468    FAX NO.: (310) 235-2456 | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

**USDC - CENTRAL DISTRICT LOS ANGELES**
STREET ADDRESS: 312 N. SPRING STREET, #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793
BRANCH NAME: CENTRAL DISTRICT LOS ANGELES

PLAINTIFF/PETITIONER: **FRANCENA D. PENCE**

DEFENDANT/RESPONDENT: **UNION FIDELITY MORTGAGE**

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>08CV0089 |
|---|---|

I received the within process on March 5, 2008 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **UNION FIDELITY MORTGAGE, INC.**

    Documents:   **summons;complaint;Civil Case Cover Sheet; Notice of Appearance of David M. Arbogast; Notice of Appearance of Jeffrey K. Berns**

As enumerated below:

**03/10/2008 -- 01:35 pm**                7979 IVANHOE AVE., # 300
                                              LA JOLLA, CA 95037
LOCATION VACANT WITH NOTICE ON THE DOOR..



County: San Diego
Registration No.: 1232
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 1, 2008** at **Los Angeles**, California.

Signature: _____
William Gager

**DECLARATION OF DILIGENCE**

Order#: LA803041419/DilFormat.mdl

Exhibit 2

DAVID M. ARBOGAST   SBN: 167571
SPIRO MOSS BARNESS, LLP
11377 w. Olympic Blvd., Fifth Floor
Los Angeles, Ca 90064-1683
Phone Number: (310) 235-2468
Fax Number: (310) 2352456

Attorneys for Plaintiff(s):
FRANCENA D. PENSE

UNITED STATES DISTRCIT COURT

SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCENA D. PENSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s):<br>VS<br><br>UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10, inclusive<br><br><br>Defendant(s): | Case No.: 08-CV-0089-WQH (JMAX)<br><br><br><br>DECLARATION OF CAROL LEOPARD<br><br>RE: DUE DILIGENCE |

I, CAROL LEOPARD, hereby declare and state:

1. I am a Skip Tracer, employed at Janney & Janney Attorney Service, Inc., 1545 Wilshire Blvd., Suite 311, Los Angeles, Calif. 90017.  Our Phone number is: 213-628-6338.

2. I am a citizen of the United States, and over the age of eighteen (18) years, and not a party to the within action.

3. I have personal knowledge in each of the facts set forth in this Declaration, and can testify competently thereto, as to such matters as I believe them to be true.

- 1 -

4. On or about March 18, 2008, I received an assignment from Spiro Moss Barnes, LLP to locate Union Fidelity Mortgage, Inc., hereinafter referred to in this Declaration as "UNION". The following reflects my attempts to locate "UNION".

a) I was provided the following address from the above named law firm: 7979 Ivanhoe Ave., Suite 300, La Jolla, Ca 95037. I was advised that this address was believed to be a valid address for "UNION" at one time. I was further advised that this address is believed to no longer be current for "UNION". As a result of my search, I have verified that the above mentioned address is not currently a valid address for "UNION".

b) On or about March 18, 2008, I made an inquiry with the local POST OFFICE to see if the subject "UNION" had filed a Forwarding Address Request Form, asking that mail be forwarded from the above mentioned address to a new address. The Post Office responded and indicated they moved and no forwarding address was known (see attached Exhibit A).

c) A search was made into the records on file with the CALIFORNIA SECRETARY OF STATE DIVISION OF CORPORATIONS AND LIMITED PARTNERSHIPS. I located the filing dated June 19, 2001 that listed the subject "UNION" as a corporation in California. The address of record was listed as the same mentioned above at 7979 Ivanhoe Ave., #300, La Jolla, Ca 95037. The individual known as Randolph B. Martin was listed as both the president and agent for the entity. No other filing was found.

d) A search was made into the records on file with the CALIFORNIA FICTITIOUS BUSINESS NAMES INDEXING. Each individual county was searched and I located five (5) different filings for the subject "UNION". There were filings dated November of 1999, September of 2000, August of 2001 and March of 2001 for the subject at the address of: 591 Caino De La Reina #305, San Diego, Ca 92108. Then dated April 20,

- 2 -

2005 a filing for the subject at the address mentioned above at: 7979 Ivanhoe Ave., #300, La Jolla, Ca 92037. No other filings were found for "UNION".

e) On or about March 18, 2008, I made an inquiry with the local POST OFFICE to see if the subject "UNION" had filed a Forwarding Address Request Form, asking that mail be forwarded from the above mentioned address at: 591 Camino De La Reina # 3305, San Diego, Ca 92108, to a new address. The Post Office responded and indicated subject was unknown here (see attached Exhibit B).

f) A search was made with the CALIFORNIA UCC (Uniform Commercial Code) FILINGS. I located five (5) filings for the subject "UNION" and all listedf the address of: 7979 Ivanhoe Ave., #300, La Jolla, Ca 92037. There was no information found that could had helped me locate a current address for "UNION".

g) A search was made into the records on file with the CALIFORNIA PROFESSIONAL LICENSING BOARDS and AGENCIES. I located a current license on file with the California Department of Real Estate. The license will expire on October 25, 2009 and the address of record is listed as 7979 Ivanhoe Ave., #300, La Jolla, Ca 92037.

h) A search was made into a NATIONWIDE DATA BASE for any JUDGMENTS, TAX LIENS AND BANKRUPTCIES. By utilizing the subjects full name I was unable to locate any filings for "UNION".

i) I have checked ALL LOCAL PHONE BOOKS and made inquiry with DIRECTORY ASSISTANCE (411). I have searched the INTERNET CROSS-DIRECTORIES AND LOCAL PHONE LISTINGS. I located two (2) numbers for the subject "UNION". A number of (619) 725-3838 which was found to be disconnected and a number of: (858) 551-3988 which went to a generic phone answering machine and subject was not listed on their directory. I amnot able to locate "UNION" through current phone listings (see attached Exhibit C).

j) A search was made into the records on file with the CALIFORNIA TAX ASSESSOR'S PROPERTY RECORDS. Each individual COUNTY RECORDERS office was searched and I was unable to locate any property in the name of the subject "UNION". There was no information found that would had helped me locate a current address for "UNION".

k) In the course of my search to locate "UNION", I inquired with private sources other than the public records mentioned above. I am unable to locate "UNION" through said sources.

I hereby declare that after having made the above mentioned searches, I am unable to locate "UNION". None of the foregoing records or efforts disclosed the whereabouts of "UNION". To the best of my knowledge, no person, firm or entity other than as mentioned above, knows of is likely to know the whereabouts of "UNION", and I know of no other source from which the wherebouts of "UNION", can be ascertained.

This Declaration was prepared from the notes and records compiled by myself and with the help of an on-line data base. If called upon to testify, I would do so to the extent hereof.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed at LOS ANGELES, CALIFORNIA, this 30th day of April, 2008.

*Carol Leopard*
Carol Leopard

- 4 -

# EXHIBITS

Case 3:08-cv-00089-WQH-JMA   Document 11-2   Filed 06/30/2008   Page 11 of 14

EXHIBIT A

Postmaster   Date: 3/18/08

LA JOLLA, CA 95037

PLEASE RUSH!!!

*City, State, Zip Code*

# Request for Change of Address or Boxholder Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:

NAME: Union Fidelity Mortgage Inc

ADDRESS: 7979 Ivanhoe Ave., #300, La Jolla, Ca 95037

NOTE: *The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.*

The following information is provided in accordance with 39 CFR 265.6(D)(6)(II). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester *(e.g., process server, attorney, party representing himself)*: Process Server

2. Statute or regulation that empowers me to serve process *(not required when requester is an attorney or a party acting pro se — except a corporation acting pro se must cite statute)*: 3214 I.DCP

3. The names of all known parties to the litigation: Francena Pense vs Union Fidelity Mortgage

4. The court in which the case has been or will be heard: USDC - Southern

5. The docket or other identifying number if one has been issued: 08-CV-0089-WQH (JMAX)

6. The capacity in which the individual is to be served *(e.g. defendant or witness)*: Defendant

## WARNING

THE SUBMISSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001)

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Signature: *Carol Leopard*
Printed Name: CAROL LEOPARD

JANNEY AND JANNEY ATTORNEY SERVICE
1545 WILSHIRE BL., SUITE 311,
Address
Los Angeles, Ca 90017
*City, State, Zip Code*

---

### FOR POST OFFICE USE ONLY

☐ No change of address order on file.
☐ Not known at address given.
☒ Moved, left no forwarding address.
☐ No such address.
☐ Good As Addressed
☐ Is Mail Being Delivered Here
   [ ] Yes   [ ] No

NEW ADDRESS or BOXHOLDER'S NAME and STREET ADDRESS

Postmark: MORGAN HILL CA 95037

EXHIBIT B

Postmaster                                                                                          Date: 3/18/08

SAN DIEGO, CA 92108
City, State, Zip Code                                                                     PLEASE RUSH!!!

## Request for Change of Address or Boxholder Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:

NAME: Union Fidelity Mortgage Inc

ADDRESS: 591 Camino De La Reina #3305, San Diego, Ca 92108

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(D)(6)(II). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g., process server, attorney, party representing himself): Process Server

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se — except a corporation acting pro se must cite statute): 3214 I.DCP

3. The names of all known parties to the litigation: Francena Pense vs Union Fidelity Mortgage

4. The court in which the case has been or will be heard: USDC - Southern

5. The docket or other identifying number if one has been issued: 08-CV-0089-WQH (JMAX)

6. The capacity in which the individual is to be served (e.g. defendant of witness): Defendant

### WARNING

THE SUBMISSION OF FALSE INFORMATION EITHER (1) TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001)

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Signature: *Carol Leopard*

Printed Name: CAROL LEOPARD

JANNEY AND JANNEY ATTORNEY SERVICE
1545 WILSHIRE BL., SUITE 311,
Address
Los Angeles, Ca 90017
City, State, Zip Code

### FOR POST OFFICE USE ONLY

[ ] No change of address order on file.
[X] Not known at address given.
[ ] Moved, left no forwarding address.
[ ] No such address.
[ ] Good As Addressed
[ ] Is Mail Being Delivered Here
    [ ] Yes   [ ] No

NEW ADDRESS or BOXHOLDER'S NAME
and STREET ADDRESS

Postmark

SAN DIEGO CA 92?
80 APR 08 PM 7

EXHIBIT C

## PhoneSource

Searched By -- Unlisted Number: Y + Company Name: UNION FIDELITY + First Initial: Y + State: CA + Radius: 0 + Query Type: Residential and Business

| Details | Name | Address | City, State and Zipcode | Phone Number |
|---|---|---|---|---|
| 1 | FIDELITY UNION LIFE INS. CO. | PO BOX 18G | LOS ANGELES, CA 90078-0018 | (323) 463-6466 |
| 2 | FIDELITY UNION LIFE | 6060 SUNRISE VISTA DR | CA | (916) 723-0320 |
| 3 | FIDELITY UNION LIFE | | CITRUS HEIGHTS, CA | (916) 723-0320 |
| 4 | UNION FIDELITY MORTGAGE | 7878 IVANHOE AVE | LA JOLLA, CA 92037-4501 | (858) 875-2600 |

1. Unknown
2. Unknown
3. Unknown
4. Disconnected