Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES, PC**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Tel: (818) 961-2000
Fax: (818) 867-4820

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCENA D. PENCE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNION FIDELITY MORTGAGE, INC., and DOES 1 through 10 inclusive, <br><br> Defendants. | **CASE NO. 08-CV-0089-WQH (JMAx)** <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF APPEARANCE OF STEVEN M. BRONSON, ATTORNEY FOR PLAINTIFF, DOREEN E. CHRISTIAN** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Steven M. Bronson, of the law firm of Smoger & Associates, appears in this action as an attorney of record for Plaintiff, FRANCENA D. PENCE and all others similarly situated. His contact information is as follows:

>Steven M. Bronson (SBN 246751)
>steven.bronson@gmail.com
>**SMOGER & ASSOCIATES, PC**
>3175 Monterey Blvd
>Oakland, CA, 94602-3560
>Tel:  (510) 531-4529
>Fax: (510) 531-4377

DATED: September 3, 2008                    **ARBOGAST & BERNS LLP**

By:  */s/ David M. Arbogast*
David M. Arbogast
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone:  (818) 961-2000
Fax:      (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone:  (310) 854-4444; Fax:  (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax     (215) 851-8029

Marcus J. Jackson (SBN 205792)
Attorney at Law
751 Center Dr., Suite 108-456
San Marcos, CA 92069

Attorneys for Plaintiff and all others Similarly Situated